# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Jeremy Washington (Y-33625), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21 C 50049 |
| v. | ) | |
| | ) | Hon. Margaret J. Schneider |
| Jeffrey Daike, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

      Online records show that Plaintiff was paroled from Dixon Correctional Center on October 6, 2021. On November 3, 2021, Plaintiff submitted a notice of change of address [28], which is reflected on the docket. Since then, Plaintiff has failed to file the Court-ordered joint status report [31] and has failed to appear for two telephonic status hearings [37] [38]. For these reasons, it is the Court's Report and Recommendation that this case be dismissed for want of prosecution. Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation must be filed by February 2, 2022. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff's last-known address, as reflected on the docket.

Date: 01/19/2022                          ENTER:

                                                                _____
                                                                   United States Magistrate Judge